# Third District Court of Appeal
## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2456
Lower Tribunal No. 19-27138
_____

**Yessenia Gonzalez,**
Appellant,

vs.

**Lazaro Vento, Jr.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Scott M. Bernstein, Judge.

Manuel Soto Diaz (Deltona), for appellant.

The Bravo Law Firm, PLLC, and Jason Bravo, for appellee.

Before FERNANDEZ, C.J., and SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.